**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JOHN LABRUCE KING,**<br><br>     **Plaintiff,**<br><br>vs.<br><br>**HUCK HENSLEY** *et al.***,**<br><br>     **Defendant(s).** | Case No.: 13-CV-00051 YGR<br><br>**ORDER DENYING** *EX PARTE* **APPLICATION FOR A TEMPORARY RESTRAINING ORDER** |

Plaintiff John Labruce King has filed an *Ex Parte* Application for T.R.O. & Complaint for A.D.A. to prevent an eviction from taking place. Plaintiff alleges that he was provided 60 days notice to move out of commercial property, which he uses as an office and part-time residence. Plaintiff wishes to remain in his office and requests that this Court issue a temporary restraining order to prevent eviction. Other than alleging that he was provided 60 days notice to move by December 31, 2012, there is no indication of when the eviction will take place absent an injunction.

For the reasons set forth below, the Court **DENIES** Plaintiff's *Ex Parte* Application for a Temporary Restraining Order.

Rule 65 of the Federal Rules of Civil Procedure requires that actual notice must be given to the opposing party of the intention to seek a TRO, the date and time for the hearing and the nature of the relief requested. Unless notice is provided, the moving party must provide a certified showing of extraordinary circumstances why such notice could not have been given. *Reno Air Racing Ass'n, Inc. v. McCord*, 452 F.3d 1126, 1131-32 (9th Cir. 2006). Here, the Court has not been provided with any declaration showing why such notice could not have been given. Additionally, there is no indication of when the eviction will take place so as to justify the emergency relief requested. Further, this is a

commercial property and there has been no showing that monetary damages are an inadequate remedy. A TRO is a drastic remedy and accordingly can only be given under proper circumstances.

Therefore, the request is **DENIED**.

**IT IS SO ORDERED.**

**Date:** January 4, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**