**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JOHN LABRUCE KING,**<br><br>     **Plaintiff,**<br><br>     vs.<br><br>**HUCK HENSLEY,** *et al.***,**<br><br>     **Defendants.** | Case No.: 13-CV-051 YGR<br><br>**ORDER GRANTING REQUEST FOR DISMISSAL OF DEFENDANTS PETER OLIVER AND SWITCH VEHICLES** |

Plaintiff John Labruce King ("Plaintiff") has filed a Request for Dismissal of Defendants Peter Oliver and Switch Vehicles. (Dkt. No. 25.) The request is **GRANTED.**

Defendants Peter Oliver and Switch Vehicles are **DISMISSED** without prejudice from the above-entitled action, each party to bear its own fees and costs.

**IT IS SO ORDERED**.
**Date: March 5, 2013**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**