UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN LABRUCE KING,** | Case No.: **13-CV-051 YGR** |
| Plaintiff, | **ORDER DENYING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING** |
| vs. | |
| **HUCK HENSLEY,** *et al.*, | |
| Defendants. | |

On March 11, 2013, Plaintiff John La Bruce King filed a Motion for Permission for Electronic Case Filing (ECF). (Dkt. No. 30.) The motion is **DENIED**.

**IT IS SO ORDERED.**

Dated: **March 22, 2013**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**