UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN LABRUCE KING,**<br><br>　　　　**Plaintiff,**<br><br>　　vs.<br><br>**HUCK HENSLEY,** *et al.***,**<br><br>　　　　**Defendants.** | Case No.: **13-CV-051 YGR**<br><br>**ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE** |

On March 22, 2013, this Court issued its Order Continuing Hearing On Motions To Dismiss and Motion to Strike, motions as to which Plaintiff John LaBruce King ("Plaintiff") had filed no opposition. (Dkt. No. 32.) The Court continued the pending hearings and ordered that Plaintiff file an opposition no later than April 9, 2013. As the Court stated therein, "[f]ailure to file an opposition by that date will result in dismissal of the action against these Defendants] for failure to prosecute." (*Id.* at 1:27-28.)

As of this date, no opposition or other response has been filed by Plaintiff. Accordingly, pursuant to Federal Rule of Civil Procedure 41, this action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**IT IS SO ORDERED.**

Dated: April 17, 2013

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**